**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VICTOR FRANZONE** | |
| **v.** | **Civil Case No. 25-265** |
| **SCHMIDT BAKING COMPANY, INC., *et al.*** | |

**ORDER**

**AND NOW,** this 19th day of October 2026, upon consideration of Defendants' Motion to Compel Arbitration and Dismiss Collective and Class Allegations, Plaintiff's opposition thereto and Defendants' Reply, as well as all supplemental briefs and exhibits submitted by the parties, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF 14) is **GRANTED in part** and **DENIED in part**.

2. Defendants' Motion is **GRANTED** as to Plaintiff's collective and class claims and the FLSA collective action and Rule 23 class action allegations are **DISMISSED**.

3. Defendants' Motion is **GRANTED** as to Plaintiff's claims for unjust enrichment and quantum meruit and all such allegations are **DISMISSED**.

4. Defendants' Motion is **DENIED** in all other respects. Plaintiff will not be compelled to arbitrate his claims in this matter, and his Pennsylvania Wage Payment and Collection Law claim shall be permitted to proceed.

5. Defendants shall file an Answer to Plaintiff's Complaint within 20 days of the date of this Order.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**